```
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  NOV 30 2011  ★

BROOKLYN OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ZAIRE PAIGE,

                         Plaintiff,

   -against-

JUDGMENT
10-CV- 5469 (SLT)

THE CITY OF NEW YORK, OFFICER PEREZ,
JUDGE V. DELGUIDICE, JUDGE W. MCGUIRE,
ASSISTANT DISTRICT ATTORNEY T. GOUGH,
POLICE OFFICER RASHAN LACOSTE,

                         Defendants.
-------------------------------------------------------------------X

      An Order of Honorable Sandra L. Townes, United States District Judge, having been filed on November 28, 2011, dismissing the action; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

      ORDERED and ADJUDGED that the action is dismissed; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York
       November 30, 2011

                                                 /S/
                                          DOUGLAS C. PALMER
                                          Clerk of Court